# Exhibit Only

Exhibit
_____

Number

82-2279

COMMONWEALTH

vs.

MURDER

(265-1)

HAMPDEN, ss, Superior Court

...........August....... Sitting, A.D. 1982

Returned by the Grand Jury and filed by order of Court

ATTEST:

Elizabeth R Norgrow
Clerk

A true copy.
Attest:

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.

I, ELIZABETH R. JANGROW, ASSISTANT CLERK, of the Superior Court for the Co
Hampden, do certify that this Indictment was found by the grand jurors of th
Commonwealth of Massachusetts, attending said Court, at the May Sitting
thereof, holden at Springfield, in said County, on the first Monday of May
the year of our Lord one thousand nine hundred and eighty-two, and was
turned by said grand jurors into said Court on the twelfth day of August
said year one thousand nine hundred and eighty-two.

WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said
Court, this twelfth day of August A.D. 1982.

ATTEST:

Elizabeth R Norgrow
ASSISTANT CLERK

A true copy.
Attest:

Elizabeth R Norgrow
ASSISTANT CLERK

21

22

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS

SUPERIOR COURT
CRIMINAL No.76823-24

COMMONWEALTH

VS

_____

_____

I, John B. Deady_____, Assistant Clerk of the Superior Court Department
within and for the County of Plymouth, do hereby certify that the following are true copies
of the INDICTMENT(S) and DOCKET ENTRIES in the above-entitled case(s).

I further certify that our docket indicates that the above named Defendant was / was not
represented by counsel  Joan Mcdonough, Brockton_____

IN WITNESS WHEREOF, I have hereunto set
My hand and affixed the seal of said Superior
Court Department, in Brockton this  17th
Day of  July_____, A.D., nineteen
xhundred and ninety  2002

_____
Assistant Clerk of Courts



22                                          23

United States Court of Appeals,
First Circuit.

## U.S. *v.* BOCH OLDSMOBILE, INC.

Cite as 909 F.2d 657 (1st Cir. 1990)

III.   *Voidness* **Void Judgments**        661

[4]  A void judgment is from its inception a legal nullity.  With this principle in mind,

that the judgment entered was void, and that relief is proper regardless of the time elapsed, because relief from a void judgment has no time limitations.

"Void process," for purposes of action for false arrest or imprisonment, is defined as that which court has no power to award, or has not acquired jurisdiction to issue in particular case, or which does not in some material respect comply in form with legal requisites of such process.

## UNITED STATES *v.* SIVIGLIA

Cite as 686 F.2d 832 (1981)

## 3. Criminal Law ⟨⟩100(1)

A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking.

**23**

*24*

## PRAYER FOR HABEAS CORPUS RELEASE

Now comes LOUIS W. MARKHAM, the Petitioner, Pro Se, and prays that this HONORABLE HABEAS CORPUS COURT grant him the following:

1.    Take JUDICIAL NOTICE to the facts that the laws mandating the AFFIXING THE SEAL OF THE COURTS, upon ALL judicial writs and processes issuing from said court, are the obligations of the CLERKS AND ASSISTANT CLERKS OF COURTS from where the writ and processes are issued.

2.    The JUDICIAL NOTICE to the facts, that in the Petitioner's case and adverse circumstances, the PROCESSES WERE ISSUED WITHOUT THE SEALS OF AUTHENTICATE AFFIXED TO THEM, AND THE TRIAL COURT ACTED PREMATURELY AND WITHOUT "COMPETENT JURISDICTION"(MGL,c.263,§9.).

3.    Give JUDICIAL HABEAS CORPUS RELIEF to the Petitioner, ordering the respondent(s) to release him forthwith from ALL PENAL CUSTODY AND RESTRAINTS.

IT IS SO PRAYED FOR.

LWM/ajm

I, do hereby, pursuant to MGL,Ch. 248,§3 claim that all facts are TRUE AND ACCRURATE to the best of my ability.
MAY 18,2004
AUG.27,2004 Louis W.Markham pro se
P.O.Box 466
Gardner,MA 01440-0466

24

ℙPAGES
1-TO-13

**EXHIBITS**

IN SUPPORT OF

REQUIREMENTS OF COURT

PROCESSES ISSUED BEARING

THE WAFER-SEALS OF AUTHENTICATION

PURSUANT TO:

TITLE 28 UNITED STATES CODE STATUTUES

§1738

§1691

MASSACHUSETTS GENERAL LAWS

CHAPTER 4,§9A,§9B

CHAPTER 212,§26

MASS.RULES OF CRIMINAL PROCEDURE

RULE 40(a)(1)

1.

COMMONWEALTH    OF    MASSACHUSETTS

MIDDLESEX,SS:                                                SUPERIOR COURT

                                                            CIVIL DIVISION
                                                            NO. 87-2958

KEITH CANADA                                       )
                                                   )
                PETITIONER,
                                                   )
VS.

MICHAEL T. MALONEY                         ┌─────────────────────────────┐
SUPT.MCI WALPOLE (CJ),                     │         F I L E D           │
                                           │    IN THE OFFICE OF THE     │
                RESPONDENT.                │    CLERK OF THE COURTS      │
                                           │   FOR THE COUNTY OF MIDDLESEX│
                                           │                             │
                                           │       MAY 2 1, 1987         │
                                           │                             │
                                           │       Edward J. Sullivan    │
                                           │            CLERK            │
                                           └─────────────────────────────┘

                    PETITION FOR WRIT OF HABEAS CORPUS

                AD SUBJICIENDUM AGAINST ILLEGAL CUSTODY
                ─────────────────────────────────────────

        I, KEITH CANADA, do hereBy files the instant petition

for the writ of habeas corpus ad suBjiciendum(immediate release

from false imprisonment WHICH WILL OCCUR WITHIN THE NEXT (4)

DAYS.

        JURISDICTION of this HonoraBle Court is invoked pursuant

to the U.S. CONSTITUTION and all federal laws of the Land;  the

CONSTITUTION OF MASSACHUSETTS, MASS. GENERAL LAW, CHAP.248,1-

inclusively.                    1987 May 29
                                Petition allowed-
                                                        wayne whtes.
                        (Mitchell, J)                   assistant clerk
                                        ┌──────────────────────┐
                                        │      EXHIBIT          │
                                        │                       │
                                        │   ─────── ───────     │
                                        └──────────────────────┘

                            2.

STATEMENT OF FACTS RELIED UPON
FOR THE BENEFIT OF HABEAS CORPUS

1.    On MAY 31,1983, I was arrested on charges of assault
and Battery with a dangerous weapon on allegedly, two persons.

2.    I was arraigned in the WOBURN DISTRICT COURT: I was
then incarcerated into the BILLERICA HOUSE OF CORRECTION
and JAIL. I was held there from JUNE 1,1983 until SEPT.22,1983.

3.    I was sentence on a coerced plea of guilty, to concurrent
terms of (5) years to (7) years at MCI-Walpole, By MITCHELL,J.

CRIMINAL DOCKET NOS.83-1627;83-1628.

4.    I was oBligated to serve a maximum period of confinement
of (4) years and(1) month, my STATUTORY GOOD TIME DEDUCTIONS
incorporated at the time the sentences were imposed.

5.    My PAROLE ELIGIBILITY was to have been at the time
served-period of (2) years and (11) months.

6.    I claim that the law mandates that I be credited
with 12½ days PER MONTH of "STATUTORY GOOD TIME CREDIT DEDUCTIONS"
off the maximum (7) years, which ammounts to 150 days PER  YEAR,
and 150 days EQUALS 5 months off the 12 months of a years,  leaving
a remainder of 7 months; 7 x 7years equals 49 months, or  4 YEARS-

3.

1 MONTH TO BE SERVED AT THE MAXIMUM OF MY SENTENCE.

7.    I was never allowed parole release and have Been incarcerated JUNE 1,1983, serving this 5-7 yrs.term. I was never allowed mimimum custody status and have Been confined only in MAXIMUM CUSTODY AT MCI-WALPOLE and on two occasions I was confined in MEDIUM CUSTODY at MCI NORFOLK, before it was revised into a LOWER MAXIMUM FACILITY as it is now in de facto.

8.    FOR ALL TIMES IN THE PAST, prison officials and staff personnel have computed my DATE FOR RELEASE to Be "5-6-87" (MAY 6,1987).

9.    I HAVE EARNED (52) GOOD DAYS from MAINTAINANCE WORK AND ATTENDING SCHOOL. Such recorded facts has positively adjusted my RELEASE DATE to Be MAY 6,1987.

10.    I have also claimed that my CONVICTION AND IMPRISON-MENT HAVE BEEN ILLEGAL FROM THE BEGINNING, BECAUSE AT NO TIMEEEE  WERE THE BILLS OF INDICTMENT AUTHENTICATED WITH THE SEAL OF THE COURT AND THE TRIAL COURT THEREFORE, WAS WITHOUT LEGAL JURISDICTION TO COMPEL ME TO PESENT A GUILTY PLEAS ON FALSE AND INVALID INDICTMENTS.

11.    I further claimed that the MITTIMUS was illegally

issued By the trial court and that the prison officials

had ILLEGALLY COMMITTED ME INTO CUSTODY, WHERE THE "WRIT"

(MITTIMUS) WAS ISSUED FROM THE OFFICE OF THE CLERK, IN THE

COURT OF LAW, AND WAS NOT UNDER A SEAL OF THE COURT, AS

THE CONSTITUTION OF THE COMMONWEALTH MANDATES!!!!!!

READ: Mass. Const.Part THE SECOND, Chapter VI, Art.V

*# 2.*
*Reasons/*
*Grounds,*
*upon Whic.*
*Habeas*
*Corpus*
*Issued!*

12.    ADDITIONALLY, the 'commonwealth' suBjected me to

imprisonment WITHOUT A WRITTEN SIGNATURE FROM THE SENTENCING

JUDGE ON THE FACE OF THE MITTIMUS COMMANDING THE IMPRISONMENT!!!

*#3.*
*Reasons,*
*Ground.*
*upon*
*Which*
*Habeas*
*Corpus*
*Issued!*

13.    There also appears a document of INVALIDITY where

the persons of LESSER OFFICIAL CAPACITY AS THE COMMISSIONER

OF CORRECTION, has conspired and signed papers purporting

to take STATUTORY GOOD TIMNE CREDITS from me.  Such acts

are INVALID where the statotutory language states that ONLY

THE COMMISSIONER OF CORRECTION, HIMSELF, CAN DEDUCT STATUTORY

GOOD TIME AND ENHANCE THE PRISONERS SENTENCED.  The statute

has no language allowing the designee associate commissioner

of correction or whomever happens to Be availaBle to sign

papers that the prison superintendents want penalized.

4.

CONCLUSION: PRAYER FOR HABEAS CORPUS RELIEF:

     1.    A TRAVESTY OF JUSTICE HAS BEEN CONCEAL FROM ME BY THE COMMONWEALTH and the personnel of the MCI WALPOLE (prison) still seeks to inflict additional irreparaBle INJURY OF LOSTY OF LIBERTY. FALSE IMPRISONMENT IS WHAT THIS PETITION IS SEEKING TO PRECLUDE A CRIME AFOOT.

     2.    INVALID MITTIMUS, INVALID CONFISCATION OF STATUTORY GOOD TIME, WITH SOME MYSTERIOUS INITIALED "FRED BUTTERWORTH'S" NAME, MEANING EVEN HE DID NOT SIGN THE LOST OF GOOD TIME, EVEN THOUGH STATUTORY LANGUAGE IS VOID OF RENDERING SUCH ACTIONS.

     3.    I SEEK THE BENEFIT OF THE WRIT OF HABEAS CORPUS AD SUBJICIENDUM BECAUSE I AM TO BE IN (4) DAYS/ RELEASED I AM RESPECTFULLY DEMANDING THAT THIS COURT HONORABLE SITTING ISSUE THE WRIT, FORTHWITH, WITH PREJUDICE.

SIGNED UNDER THE PAINS AND PENALTY OF PERJURY:

MAY 2,1987

KEITH CANADA    PRO SE
MCI Walpole
Box 100
So.Walpole, MA. 02071

PROOF OF SERVICE: I have completed service of a copy of this petition for writ of habeas corpus, upon the respondent BY HAND on this same day, within this institution.

¶10.    "I HAVE ALSO CLAIMED THAT MY CONVICT-
ION AND IMPRISONMENT HAVE BEEN ILLEGAL FROM
THE BEGINNING, BECAUSE AT NO TIME WERE THE
BILLS OF INDICTMENT AUTHENTICATED WITH THE
SEAL OF THE COURT AND THE TRIAL COURT,THERE-
FOR, WAS WITHOUT LEGAL JURISDICTION TO COM-
PEL ME TO PRESENT A GUILTY PLEA ON FALSE AND
INVALID INDICTMENTS."

¶11.    "I FURTHER CLAIM THAT THE MITTIMUS WAS
ILLEGALLY COMMITTED ME INTO CUSTODY, WHERE
THE "WRIT"(MITTIMUS) WAS ISSUED FROM THE OFFICE
OF THE CLERK, IN THE COURT OF LAW, AND WAS NOT
UNDER A SEAL OF THE COURT, AS THE CONSTITUTION
OF THE COMMONWEALTH MANDATES !!! READ:
MASS.CONST.PART THE SECOND,CHAPTER 6, ARTICLE 5."

¶12.    "ADDITIONALLY, THE COMMONWEALTH SUBJECTED
ME TO IMPRISONMENT WITHOUT A WRITTEN  SIGNATURE
FROM THE SENTENCING JUDGE ON THE FACE OF THE
MITTIMUS COMMANDING THE IMPRISONMENT !!!"

9.

# Commonwealth of Massachusetts

MIDDLESE _. SS.

*T_ the Sheriffs of our several Counties, their Deputies, and to the Superintendent of the Massachusetts Correctional Institution, Walpole — ~~Concord~~ — ~~Framingham~~ ~~and Bridgewater.~~*

## GREETING:

WHEREAS, by the consideration of our Superior Court, holden at Cambridge — within and for the County of Middlesex, on the first Monday of _October_ , — in the year of our Lord one thousand nine hundred and _eighty-one_ , _____ , ~~now in custody of the Sheriff of our said County of Middlesex,~~ — now before the Court by virtue of Writ of Habeas Corpus, — convict of the crime of _Assault with Intent by Means of a Dangerous Weapon_ , was on the _day_ _____ day of _October_ in the year of our Lord one thousand nine hundred and _eighty-one_ _____ , sentenced to confinement in the Massachusetts Correctional Institution, — Walpole — ~~Concord~~ — ~~Framing-~~ ~~ham~~ — ~~Bridgewater~~, for a term not exceeding _seven_ years and less than _five_ _____ years, and to stand committed accordingly to said sentence, ~~this sentence is to be served concurrently with the sentence imposed this~~ ~~day in No. _____ , this sentence is to be served concurrently with the sentence~~ ~~now being served in said institution, this sentence is to take effect from and after the expira-~~ ~~tion of the sentence now being served in said institution,~~ _consecutive not with_ _Charlestown Prior Concord sentence_

This sentence is deemed by the Court to have commenced on _____ The defendant having spent _143_ days in confinement prior to such sentence awaiting and during trial.

WE THEREFORE COMMAND YOU, the said Sheriff and Deputies to remove the said _Canada_ from our Jail in Cambridge, in said County of Middlesex, to our said Massachusetts Correctional Institution in — Walpole — ~~Concord~~ — ~~Framingham~~ — ~~Bridgewater~~, and you the said Superintendent to receive the said _Canada_ and immediately thereon cause him — ~~her~~ — to be confined therein for a term of not exceeding _seven_ years or less than _five_ years as aforesaid.

And for so doing, this shall be your warrant. And you are to make return of this warrant with your doings therein to the office of the Clerk of our Superior Court in Cambridge, as soon as may be.

Witness, Thomas R. Morse, Jr. , Esquire, at Cambridge, this _Thirty-first_ day of _October_ , in the year of our Lord one thousand nine hundred and _eighty-three_ .

_____ Deputy _____ Assistant Clerk.

W- 45418

.53.
ard.

Number

# 84 4282

## COMMONWEALTH

vs.

ROBERTO PABON SANTIAGO
also known as FERNANDO ERAZO
also known as CANO

## MURDER

(265-1)

HAMPDEN, ss. Superior Court

.......... September .......... Sitting, A.D. 19 84

Returned by the Grand Jury and filed by order of Court

ATTEST:

_Edward J. McKay_ Clerk

1984—Sept. 20       1st Asst Clerk
4 26 85             Order to Notify.

(Ready. J)  ORDERED FILE TO LOCATE

William L. Cason

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.
I, Edward J. McKay, Assistant Clerk of the Superior Court for the County of Hampden, do certify that this indictment was found by the grand jurors of the Commonwealth of Massachusetts, attending said Court, at the Sept. Sitting thereof, holden at Springfield, in said County, on the second Monday of Sept. in the year of our Lord one thousand nine hundred and eighty-four, and was returned by said grand jurors into said Court on the twentieth day of Sept. in said year one thousand nine hundred and eighty-four.
IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this twentieth day of Sept. A.D. 1984.

Attest:

# 𝔈𝔵𝔥𝔦𝔟𝔦𝔱 𝔒𝔫𝔩𝔶

7.



A true copy.

Attest: *William L. Eason*
Assistant Clerk

ATTEST *William L. Eason*
Assistant Clerk

Returned by the Grand Jury and filed by order of Court

December .......... Sitting, A.D. 19 90

HAMPDEN, ss. Superior Court

(265-1)

MURDER

COMMONWEALTH
vs.

Number
90·5459

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.

   I, William L. Eason , Assistant Clerk of the Superior COurt for the County of Hampden, do certify that this Indictment was found by the grand jurors of the Commonwealth of Massachusetts, attending said Court, at the September Sitting thereof, holden at Springfield, in said County, on the sixth of December in the year of our Lord one thousand nine hundred and ninety , and was returned by said grand jurors into said Court on the sixth day of December in said year one thousand nine hundred and ninety.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this sixth day of December A.D. 1990.



A true copy.      *William L. Eason*
                            Assistant Clerk

Attest: *William L. Eason*

8.

# Commonwealth of Massachusetts

90·5459

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the First                Mon              day of       December

in the year of our Lord one thousand nine hundred and ninety

The Jurors of said Commonwealth, on their Oath, present THAT



of 73 Central Street, Apartment  A                      . in the County of Hampden aforesaid,
Springfield
on the
        twenty-sixth              day of           November

in the year of our Lord one thousand nine hundred and       ninety

at        Springfield                                   . in the County of Hampden aforesaid,

did assault and beat ████████████
with the intent to murder ████████████████
by shooting and discharging a FIREARM loaded
with LEADEN BULLETS into the body of the
said ████████████
and by such assault and beating did kill and
murder the said ████████████

A True Bill:

_Frank Wolak_
Foreman.

District Attorney for the Western District

A true copy,
Attest:
_William L. Casey_
Assistant Clerk



COMMONWEALTH OF MASSACHUSETTS

A true copy. Attest:

*William L. Eason*

Assistant Clerk

ATTEST: *William L. Eason*

Assistant Clerk

Returned by the Grand Jury and filed by order of Court

December ........ Sitting, A.D. 19 90

HAMPDEN, ss. Superior Court

(265-1)

MURDER

COMMONWEALTH
vs.

Number
90-5459

---

HAMPDEN, SS.
    I, William L. Eason    , Assistant Clerk of the Superior Court for the County
of Hampden, do certify that this Indictment was found by the grand jurors of the
Commonwealth of Massachusetts, attending said Court, at the  September    Sitting
thereof, holden at Springfield, in said County, on the  sixth          of
December   in the year of our Lord one thousand nine hundred and ninety       , and
was returned by said grand jurors into said Court on the    sixth          day of
December   in said year one thousand nine hundred and ninety.
IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said
              Court, this   sixth day of    December    A.D. 1990.

*William L. Eason*
Assistant Clerk

A true copy.
Attest: *William L. Eason*

9.

# Commonwealth of Massachusetts

90·5459

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the **First**     **Mon**     day of     **December**

in the year of our Lord one thousand nine hundred and **ninety**

The Jurors of said Commonwealth, on their Oath, present THAT



of 73 Central Street, Apartment  A
Springfield
on the              twenty-sixth              day of        November
in the year of our Lord one thousand nine hundred and        ninety
at          Springfield                                     . in the County of Hampden aforesaid,

                                          . in the County of Hampden aforesaid.

did assault and beat ████████
with the intent to murder ████████████
by shooting and discharging a FIREARM loaded
with LEADEN BULLETS into the body of the
said· ████████████
. and by such assault and beating did kill and
murder the said ████████████

A True Bill:

_Frank Wolak_
Foreman.

_(signature)_
District Attorney for the Western District

A true copy,
Attest:    _William L. Carr_

Assistant Clerk

CONSTITUTION OF MASSACHUSETTS                    Art. 5

## Art. V.    Form and execution of writs

ART. V.    All writs issuing out of the clerk's office in any of the courts of law, shall be in the name of the Commonwealth of Massachusetts: they shall be under the seal of the court from whence they issue: they shall bear test of the first justice of the court to which they shall be returnable, who is not a party, and be signed by the clerk of such court.

*The Constit of the Commonw of Massachu*

## The Seal
### OF
#### AUTHENTICATION

## Mandatory Authority

## 28 USCS § 1738

## § 1738.    State and Territorial statutes and judicial proceedings; fu faith and credit

The Acts of legislature of any State, Territory, or Possession of the Unite States, or copies thereof, shall be authenticated by affixing the seal of suc State, Territory or Possession thereto.

The records and judicial proceedings of any court of any such State Territory or Possession, or copies thereof, shall be proved or admitted i other courts within the United States and its Territories and Possessions b the attestation of the clerk and seal of the court annexed, if a seal exists together with a certificate of a judge of the court that the said attestation i in proper form.

Such Acts, records and judicial proceedings or copies thereof, so authenti- cated, shall have the same full faith and credit in every court within the United States and its Territories and Possessions as they have by law or usage in the courts of such State, Territory or Possession from which they are taken.

(June 25, 1948, ch 646, § 1, 62 Stat. 947.)

the foregoing shall . . . apply in any case where the seal of a court, public office or public officer is expressly required by the constitution or by statute to be affixed to a paper,

# IN THE

## SUPREME COURT OF THE UNITED STATES

### SEALS

## Aetna Ins. Co. v Doe ex dem. Hallock (Aetna Ins. Co. v Hallock) 6 Wall 556, 18 L Ed 948

Any process issuing from a court which by law is required to authenticate such process with its seal is void if issued without a seal.

## Commonwealth of Massachusetts
### SUPERIOR COURT  THE TRIAL COURT  DEPARTMENT

I hereby certify that the foregoing is a true copy of the :ord of the Superior Court Department of the Trial Court, for the .nsaction of Criminal Business.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Superior Court, at Boston aforesaid, this twenty-ninth day of June in the year of our Lord one thousand nine hundred and eighty-four.

11.

Assistant Clerk.



# Commonwealth of Massachuse

## Authentication.
## Proof of Official Record

Exhibit

# THE
# SEAL

## Authenticated by the seal of the court

The writ should bear the seal of the court authorized to issue it, and a writ bearing an improper seal is regarded as though it bore no seal. Courts hold that an omission of the seal renders the writ void and ineffective to confer jurisdiction.

212 § 26    SUPERIOR COURT

# GENERAL LAWS
# OF
# MASSACHUSETTS

§ 26. Records; custody

The records of courts which are transferred to the superior court shall remain in custody of its clerks. In Suffolk county, the clerk of said court for civil business shall have the custody of said records in civil cases, and the clerk for criminal business shall have the custody of said records in criminal cases. Copies of said records may be certified by said clerks respectively. Judicial writs and processes which are founded upon such records shall issue under the seal of the superior court, in like manner and with the same effect as similar writs and processes founded upon its own records.

THIS [LAW] IS CLEAR AND UNAMBIGUOUS

12.

## Rule 40    RULES OF CRIMINAL PROCEDURE

## PROOF OF OFFICIAL RECORDS

*(Applicable to District Court and Superior Court)*

**(a) Authentication.**

(1) *Domestic.* An official record kept within the Commonwealth, or an entry therein, when admissible for any purpose, may be evidenced by an official publication thereof or by a copy attested by the officer having legal custody of the record, or by his deputy. If the record is kept in any other state, district, commonwealth, territory or insular possession of the United States, or within the Panama Canal Zone or the Trust Territory of the Pacific Islands, any such copy shall be accompanied by a certificate that such custodial officer has the custody. This certificate may be made by a judge of a court of record of the district or political subdivision in which the record is kept, authenticated by the seal of the court, or may be made by any public officer having a seal of office and having official duties in the district or political subdivision in which the record is kept, authenticated by the seal of his office.

13.

.../99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the us of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) ~~PLAINTIFFS~~ PETITIONER

LOUIS W. MARKHAM

### ~~DEFENDANTS~~ RESPONDENTS

STEVEN O'BRIEN, SUPT. NCCI @ GARDNER, MA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE.   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
        TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

LOUIS MARKHAM   PRO SE
NCCI P.O. BOX 466
GARDNER, MA  01440

ATTORNEYS (IF KNOWN)

ATTORNEY GENERAL
STATE OF MASSACHUSETTS
BULFINCH PLACE
BOSTON, MA  02108

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☒ 510 Motions to Vacate Sentence
  HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

PETITION FOR WRIT OF HABEAS CORPUS (28,§§2241,2254) AGAINST FALSE
IMPRISONMENT IMPOSED BY A COURT WITHOUT JURISDICTION OVER PETITIONER.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ NONE

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY    NONE

JUDGE NONE

DOCKET NUMBER NONE

DATE  Aug. 27, 2004

SIGNATURE OF ATTORNEY OF RECORD   Louis W Markham    Pro Se

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____