UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Louis W. Markham,
        Petitioner,

V.

Steven O'Brien,
        Respondent,

CIVIL ACTION

NO. 04-40180-NMG

### ORDER OF DISMISSAL

Gorton, D.J.

    In accordance with the Court's Memorandum and Order dated __10/6/04__ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__10/7/04__
Date

/s/ Martin Castles
Deputy Clerk

(2254dism.ord - 09/92)                                                          [odism.]