LOUIS W. MARKHAM
NCCI P.O. BOX 466
GARDNER, MA 01440


UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
595 MAIN STREET, ROOM 502
WORCESTER, MA 01608

OCTOBER 7, 2004
THURSDAY

#4:04-cv-40180-FDS

IN RE: FILING FEE BEING INSTANTLY PAID
ON PETITION FOR WRIT OF HABEAS CORPUS
AFTER EXHAUSTION OF STATE REMEDIES ✻

DEAR CLERK,

    I HAVE JUST DISCOVERED THAT I NEGLECTED TO ENCLOSE MY $5.00 FILING FEE, WHEN I FILED MY PETITION FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM AGAINST FALSE IMPRISONMENT BY A COURT WITHOUT JURISDICTION, OVER ME AND THE SUBJECT MATTER.

    PLEASE SEND ME THE ASSIGNED DOCKET NUMBER AND THE SHOW CAUSE ORDER ISSUED UPON THE RESPONDENTS.

✻ THE $5.00 CHECK IS ENCLOSED
BY THE PRISON'S TREASURER
AND COPY OF THE COVER-PAGE
BEARING U.S. POSTAL RECEIPTS
CERT.U.S.MAIL rrr
#7099 3400 0007 3278 0935

SINCERELY YOURS,
*Louis W Markham*
LOUIS W. MARKHAM

HABEAS

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40180-FDS
### Internal Use Only

Markham v. O'Brien
Assigned to: F. Dennis Saylor IV
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

*2254*

Date Filed: 09/03/04
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

*Rec. on:*
*Sat. 2 PM*
*Oct. 2, 2004*
*2 PM*

**Petitioner**
-----------------------

**Louis W. Markham**              represented by  **Louis W. Markham**
                                                   NCCI
                                                   PO Box 466
                                                   Gardner, MA 01440
                                                   PRO SE

V.

**Respondent**
-----------------------

**Steven O'Brien,** *Superintendent NCCI*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/03/2004 | 1 | PETITION for Writ of Habeas Corpus $ 0.0, receipt number NA, filed by Louis W. Markham. (Attachments: # 1)(Hassett, Kathy) (Entered: 09/03/2004) |
| 09/03/2004 |   | ***Staff notes: Withdrawal receipt enclosed with 2241 for filing fee to be sent to Court. Case forwarded to pro se attorney for review. (Hassett, Kathy) (Entered: 09/03/2004) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS W. MARKHAM,           )     HABEAS CORPUS ACTION
                            )
       PETITIONER,          )     NO.
                            )
VS.                         )
                            )     AUGUST 27, 2004
STEVEN O'BRIEN              )     FRIDAY
SUPT. NCCI                  )
GARDNER, MASS. 01440,       )     NOTE: ON OCTOBER 7, 2004 I SENT
                            )     MY $5.00 FILING FEE TO
       RESPONDENT.          )     THE CLERK OF COURT VIA
                                  US POSTAL CERT. MAIL rrr
                                  #7099 3400 0007 3278 0935

PETITION FOR WRIT OF HABEAS CORPUS
AD SUBJICIENDUM AGAINST FALSE
IMPRISONMENT BY A COURT
WITHOUT JURISDICTION

[Certified mail receipt and return receipt cards affixed to page]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:    8/31/04
TONY ANASTAS, CLERK
UNITED STATES DISTRICT COURT
595 MAIN ST.
WORCESTER, MA 01608

Re: PET. HAB. CORPUS

COMPLETE THIS SECTION ON DELIVERY
A. Signature   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7099 3400 0007 3277 7003

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: TONY ANASTAS, CLK. U.S. DIST. CT. 595 MAIN ST. WORC. MA. 01068

Postage $ 1.78
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.03

Postmark: SEP 2 2004

Name: LOUIS W. MARKHAM

W55913 CONTROL NUMBER
AUG. 31, 2004 DATE
Reason for withdrawal    CERT. U.S. MAIL R/R/R   6.03
NO. 7099 3400 0007 3277 7003
TO TONY ANASTAS, CLERK, U.S. DIST. COURT
595 MAIN ST.; WORCESTER, MA 01608     SEP 1
RE: PET. HAB. CORPUS

Louis W Markham   C.O.
RESIDENT
LOUIS W. MARKHAM   Approved
#21